**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **STEVEN TAYLOR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 1:10-cv-00517-JTN |
| | ) | |
| v. | ) | Judge Neff |
| | ) | |
| **FINANCIAL RECOVERY** | ) | |
| **SERVICES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**STIPULATION TO DISMISS PURSUANT TO SETTLEMENT**

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action shall be dismissed without costs to either party in anticipation that all costs shall be paid and all matters in controversy for which said action was brought shall be fully settled, compromised and adjourned.

2. The parties stipulate that the dismissal of the above captioned matter shall be *without* prejudice, without costs to either party, and with leave for any party to seek reinstatement within forty-five (45) days from the date of entry of this Stipulation to Dismiss.

3. The parties further stipulate that if this case has not been reinstated within forty-five (45) days from the date of entry of this Stipulation, or a motion for reinstatement has

1

not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

**Date:**  August 4, 2010

| **For Plaintiff, Steven Taylor** | **For Defendant, Financial Recovery Services, Inc.** |
|---|---|
| /s David M. Marco | /s with consent Michael S. Poncin |
| Larry P. Smith & Associates, Ltd. | Moss & Barnett |
| 205 N. Michigan Ave., 40th floor | 4800 Wells Fargo Center |
| Chicago, Illinois 60601 | 90 South Seventh Street |
| **Telephone:** (312) 222-9028 (x812) | Minneapolis MN 55402 |
| **Facsimile:** (888) 418-1277 | **Telephone:** (612) 877-5000 |
| **E-mail:** dmarco@smithlaw.us | **Facsimile:** (612) 877-5999 |
| | **E-mail:** poncinm@moss-barnett.com |